# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CHRISTINE SMITH, an individual, on behalf of herself and those similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>ARS NATIONAL SERVICES, INC., a California corporation,<br><br>                              Defendant. | CASE NO. 16-cv-0044-H (BLM)<br><br><br><br>JUDGMENT AND DISMISSAL<br>BY COURT UNDER<br>LOCAL CIVIL RULE 41.1<br>FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the Court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the Court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore, IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: October 26, 2016

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

FILED
OCT 26 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY